In the Matter of the Application of RALPH C. THULIN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE JACOB HOFFMANN BREWING COMPANY, Appellant, v. JOHN L. KLAGES and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument, or for a resettlement of the order of affirmance, denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CLARENCE M. JONES and Another, Copartners, etc., Respondents, v. SKIRING THORNE SMITH, Defendant, Impleaded with IRENE THORNE SMITH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN C. JUDGE, Appellant, v. NEPONSIT PROPERTY OWNERS' ASSOCIATION, INC., Defendant, Impleaded with M. GREGG LATIMER and Another, Respondents.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Rich, Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., taking no part.

KALMAN LAZAR and Another, Respondents, v. A. D. B. CONSTRUCTION COMPANY, INC., Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LIGHTOLIER COMPANY, Respondent, v. JOE-HEN REALTY CORPORATION and Others, Appellants.— Motion to dismiss appeal denied, on condition that appellants perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOSEPH MANIFOLD, Appellant, v. UNITED STATES TRUCKING CORPORATION, INC., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied on the ground that leave to appeal is unnecessary. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN MAZUKIEWICZ, Respondent, v. THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JEANETTE C. MOONEY, Respondent, v. EDWARD H. MOONEY, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NEW CHESTER THEATRE CORPORATION, Respondent, v. MARCUS BISCHOFF, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ISIDOR PACKER and Another, etc., Appellants, v. MORRIS GREENBERG, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.